UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Denise J Niemeyer<br>Debtor<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust<br>Movant<br>v.<br><br>Sheila Williams<br>William C. Miller - Trustee<br>　　　　Respondents | Case No.: 21-10387-amc<br><br>Chapter: 13<br><br>Judge:  Ashely M. Chan<br><br>Hearing Date:<br>August 3, 2021 at 10:00 am |

### **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE CLERK:

Kindly withdraw the Objection to Confirmation filed by SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust on April 6, 2021 at Docket #23.

Dated: August 2, 2021

　　　　　　　　　　　　　　　　　　By:  _/s/Lorraine Gazzara Doyle___
　　　　　　　　　　　　　　　　　　　　Lorraine Gazzara Doyle, Esq.
　　　　　　　　　　　　　　　　　　　　FRIEDMAN VARTOLO LLP
　　　　　　　　　　　　　　　　　　　　Attorneys for Movant
　　　　　　　　　　　　　　　　　　　　1325 Franklin Avenue, Suite 230
　　　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　　　T: (212) 471-5100
　　　　　　　　　　　　　　　　　　　　F: (212) 471-5150
　　　　　　　　　　　　　　　　　　　　Bankruptcy@FriedmanVartolo.com